NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1342

### ILIGHT TECHNOLOGIES, INC.,

Plaintiff-Appellee,

v.

### FALLON LUMINOUS PRODUCTS CORPORATION,

Defendant-Appellant.

Appeals from the United States District Court for the Middle District of Tennessee
in case no. 2:06-CV-25, Judge William J. Haynes, Jr.

## ON MOTION

Before NEWMAN, <u>Circuit Judge</u>.

## O R D E R

Fallon Luminous Products Corporation moves for a stay, pending appeal, of the permanent injunction and damage award entered on April 30, 2009 by the United States District Court for the Middle District of Tennessee.

Upon consideration thereof,

IT IS ORDERED THAT:

iLight Technologies, Inc. is directed to respond to the motion within seven calendar days of the date of this order.

FOR THE COURT

**MAY 12 2009**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk



MAY 1 2 2009

JAN HORBALY
CLERK

cc:    C. Mark Kittredge, Esq.
       Alexandra T. MacKay, Esq.

s17